# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MARKING OBJECT VIRTUALIZATION INTELLIGENCE, LLC | § § § § | |
| *Plaintiff*, | § § | Civil Action No. 2:16-CV-01062-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| FIRST DATA CORPORATION, | § § § | |
| *Defendant*. | § § | |

## ORDER OF DISMISSAL

On this day the Court considered First Data Corporation's Motion to Dismiss Claims of Induced and Willful Infringement in the lawsuit between Plaintiff Marking Object Virtualization Intelligence, LLC ("MOVI") and Defendant First Data Corporation ("First Data"). Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims of induced and willful infringement asserted by MOVI against First Data are hereby DISMISSED.